DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PUBLIX SUPERMARKETS, INC.,**
Appellant,

v.

**JO-ANN BEJARANO,**
Appellee.

No. 4D2025-0468

[November 19, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE24009165.

Victoria S. Luna of Burger, Meyer & D'Angelo, LLP, Orlando, for appellant.

Douglas Eaton of Eaton & Wolk, P.L., Miami, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Publix Supermarkets, Inc. appeals from the circuit court's order denying its motion to compel arbitration and stay judicial proceedings, and the subsequent denial of its motion for rehearing. Appellee, Jo-Ann Bejarano, filed a confession of error conceding that, per the subject arbitration agreement, "the order denying arbitration should be reversed." We agree.

Based on the proper confession of error, we reverse the circuit court's order and remand for further proceedings.

*Reversed and Remanded.*

KUNTZ, C.J., CIKLIN and SHEPHERD, JJ., concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*